UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| IN RE:<br>  STEVEN K. CATALANO<br>  MINDY L. CATALANO<br><br>                        Debtors | CASE NO: 06-30765<br>          (Chapter 13)<br><br>JUDGE LAWRENCE S. WALTER |

## REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4045214**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 4/ 14 | CAPITAL ONE<br>% TSYS DEBT MANAGEMENT<br>BOX 5155<br>NORCROSS, GA  30091 | 13.89 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 11/16/2010

Certificate of Service 06-30765

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

| | | |
|---|---|---|
| STEVEN K. CATALANO<br>438 TRIANGLE AVENUE<br>DAYTON, OH  45419 | MINDY L. CATALANO<br>5168 SCARSDALE<br>KETTERING, OH  45440 | DONALD F HARKER III<br>SUITE 2103 FIRST NATL PLAZA<br>130 W SECOND ST<br>DAYTON, OH  45402 |
| (40.1n)<br>AMERICAN EDUCATION SERVICES<br>GUARANTOR/INSURER RELATIONS<br>1200 N 7TH ST  DDB TEAM<br>HARRISBURG, PA  17102 | (41.1n)<br>AMERICAN STUDENT ASSISTANCE<br>330 STUART STREET<br>BERKELEY PLACE<br>BOSTON, MA  02116 | (14.1)<br>CAPITAL ONE<br>% TSYS DEBT MANAGEMENT<br>BOX 5155<br>NORCROSS, GA  30091 |
| (43.1n)<br>ECAST SETTLEMENT CORPORATION<br>BOX 7247 6971<br>PHILADELPHIA, PA  19170 | (36.1n)<br>ECMC<br>7325 BEAUFONT SPRINGS<br>SUITE 200<br>RICHMOND, VA  23225 | (33.1n)<br>GREGORY A STOUT<br>801 WEST JEFFERSON STREET<br>LOUISVILLE, KY  40202 |
| (42.1n)<br>ROSWELL PROPERTIES LLC<br>100 NORTH CENTER ST<br>NEWTON FALLS, OH  44444 | | |

Jeffrey M. Kellner BY       /s/ Jeffrey M. Kellner                    sv