UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| IN RE:<br>    STEVEN K. CATALANO<br>    MINDY L. CATALANO<br><br>                              Debtors | CASE NO: 06-30765<br>           (Chapter 13)<br><br>JUDGE LAWRENCE S. WALTER |

### REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4060633**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| / 10,039 | CHASE CARD SERVICES<br>CIRCUIT CITY<br>BOX 15153<br>WILMINGTON, DE  19886 | 118.53 |

/s/ Jeffrey M. Kellner
_____
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 2/9/2011

Certificate of Service             06-30765

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

| STEVEN K. CATALANO | MINDY L. CATALANO | DONALD F HARKER III |
|---|---|---|
| 438 TRIANGLE AVENUE | 5168 SCARSDALE | SUITE 2103 FIRST NATL PLAZA |
| DAYTON, OH  45419 | KETTERING, OH  45440 | 130 W SECOND ST |
|  |  | DAYTON, OH  45402 |

(40.1n)
AMERICAN EDUCATION SERVICES
GUARANTOR/INSURER RELATIONS
1200 N 7TH ST  DDB TEAM
HARRISBURG, PA  17102

(41.1n)
AMERICAN STUDENT ASSISTANCE
330 STUART STREET
BERKELEY PLACE
BOSTON, MA  02116

(10039.1)
CHASE CARD SERVICES
CIRCUIT CITY
BOX 15153
WILMINGTON, DE  19886

(43.1n)
ECAST SETTLEMENT CORPORATION
BOX 7247 6971
PHILADELPHIA, PA  19170

(36.1n)
ECMC
7325 BEAUFONT SPRINGS
SUITE 200
RICHMOND, VA  23225

(33.1n)
GREGORY A STOUT
801 WEST JEFFERSON STREET
LOUISVILLE, KY  40202

(42.1n)
ROSWELL PROPERTIES LLC
100 NORTH CENTER ST
NEWTON FALLS, OH  44444

Jeffrey M. Kellner BY     /s/ Jeffrey M. Kellner                    sv